IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS DEFERRED SAVINGS FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND, AND TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 19-cv-6520<br><br>Hon. Heather K. McShain<br>Magistrate Judge |
| v. | ) ) | |
| GANDT BUILDERS INC., a Nevada Corporation. | ) ) | |

**PLAINTIFFS' MOTION FOR JUDGMENT IN SUM CERTAIN**

Plaintiffs, by and through their attorneys, Donald D. Schwartz, James R. Anderson, Brian C. James and Arnold and Kadjan, LLP hereby submit their Motion for Judgment in Sum Certain. In support thereof, Plaintiffs state as follows:

1. Plaintiffs filed this action on October 1, 2019 under the Employee Retirement Income Security Act ("ERISA") (29 U.S.C. §1001 et seq.) to compel Defendant to undergo a fringe benefit contrition compliance audit and for this Court to enter judgment for any and all amounts shown due.

2. Defendant is a signatory employer required to make contributions to the Plaintiff Funds.

3. Since June 25, 2020, Defendant has been in default. [Docket Entry 36].

4. A fringe benefit compliance audit revealed Defendant owes Plaintiffs $10,145.75 in contributions, liquidated damages, and audit costs for the period of June 1, 2018 through June 30, 2021. *See* **Exhibit A** – Richard Wolf Affidavit ¶6.

5. Defendant owes $5,570.00 in attorneys' fees and costs. *See* **Exhibit B** – Brian James Affidavit ¶6.

6. Defendant owes a total of $15,715.75 to Plaintiffs in this action.

WHEREFORE, Plaintiffs request that this Court:

A. Enter judgment in favor of the Plaintiffs against Defendant in the amount of $15,715.75; and

B. Any such other and further relief that this Court deems appropriate.

                              Respectfully submitted,

                              TRUSTEES OF THE CHICAGO
                              PAINTERS AND DECORATORS
                              PENSION FUND et al,

                              /s/ Brian C. James
                              One of Plaintiffs' Attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
BRIAN C. JAMES
***ARNOLD AND KADJAN LLP***
35 East Wacker, Suite 600
Chicago, Illinois 60601
(312) 236-0415

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 17th day of December, 2021, a copy of the foregoing was filed electronically. A copy will be sent to Defendant's attorney via the Court's electronic filing system:

                  DAVID R. HERZOG
                  ***HERZOG & SCHWARTZ, P.C.***
                  77 West Washington Street
                  Suite 1400
                  Chicago, IL 60602
                  (312) 977-1600
                  drhlaw@mindspring.com

                  /s/ Brian C. James

DONALD D. SCHWARTZ
JAMES R. ANDERSON
BRIAN C. JAMES
***ARNOLD AND KADJAN LLP***
35 East Wacker, Suite 600
Chicago, Illinois 60601
(312) 236-0415

3